FILED
2018 Nov-14 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| LINDSAY and BENJAMIN DAVIS, | ) | |
|     Plaintiffs, | ) | |
| v. | ) | 7:17-cv-01533-LSC |
| J. MICHAEL WHITE, et al., | ) | |
|     Defendants | ) | |

| | | |
|---|---|---|
| NICOLE and JONATHAN SLONE, | ) | |
|     Plaintiffs, | ) | |
| v. | ) | 7:17-cv-01534-LSC |
| J. MICHAEL WHITE, et al., | ) | |
|     Defendants | ) | |

| | | |
|---|---|---|
| MONICA and JOHN LAWRENCE JR., | ) | |
|     Plaintiffs, | ) | |
| v. | ) | 7:17-cv-01535-LSC |
| J. MICHAEL WHITE, et al., | ) | |
|     Defendants. | ) | |

## Order

Before this Court is Town of Lake View's Motion to Strike *Exhibit 2*, a letter dated April 19, 2016, to Plaintiffs' Amended Complaint because it is attorney-client privileged information. (Doc. 39 in Case No. 17-cv-01533.) (Doc. 54 in Case No. 17-cv-01534.) (Doc. 51 in Case No. 17-cv-01535.) The Court GRANTS in part and DENIES in part. The Town of Lake View's Motion to Strike *Exhibit 2* as stated on the record in the Telephonic Conference between the parties on November 14th, 2018 at 10:00 AM is GRANTED in that the letter is attorney-client privileged information. However, the letter is also clearly in the public domain and thus cannot be "clawed back." Therefore, the Court finds that the letter is not admissible for use in trial or hearings, but notes that most of the information contained therein is likely to be discoverable.

**DONE** and **ORDERED** on November 14, 2018.

*[signature]*
L. Scott Coogler
United States District Judge

195126